UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA K BAILEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CYNTHIA ROCHA, et al.,<br><br>    Defendants. | Case No. 24-cv-03833-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 18 |

On October 21, 2024, Magistrate Judge Laurel Beeler issued a Report and Recommendation that I dismiss this case without prejudice. Dkt. No. 18. The deadline for objections has passed and none was filed.

Having reviewed the record in this case, I agree with Judge Beeler's Report and Recommendation and adopt it in full. Plaintiffs, who are suing the defendants alleging disability discrimination relating to their housing, were given the opportunity to file a supplement to their complaint to cure deficiencies that Judge Beeler identified with their first complaint.[1] Dkt. No. 16. The plaintiffs filed a supplement, Dkt. No. 17, but it did not cure the errors that were identified. Judge Beeler recommended that the case be dismissed without prejudice to the plaintiffs' pursuing any remedies they may have in state court. Plaintiffs did not object.

Accordingly, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: November 5, 2024

William H. Orrick
United States District Judge

---

[1] Those deficiencies included that (1) the plaintiffs did not identify what happened that constituted discrimination; (2) it was not clear from the pleadings that the statute under which they were suing, the Americans with Disabilities Act ("ADA"), applied to their residence; (3) the plaintiffs lacked standing; and (4) the court lacked jurisdiction. Dkt. No. 16.